# 9170 Anthony Hwy, Waynesboro, PA 17268




**Heather Bonillas**

MD#5000796,PA#RS332671
(717) 491-4116
Heather.Bonillas@cbhomes.com

Julie Smith

September 30, 2019



RESIDENTIAL BROKERAGE

The property information herein is derived from various sources that may include, but not be limited to, county records and the Multiple Listing Service, and it may include approximations. Although the information is believed to be accurate, it is not warranted and you should not rely upon it without personal verification. Real estate agents affiliated with Coldwell Banker Residential Brokerage are independent contractor sales associates, not employees. ©2019 Coldwell Banker Residential Brokerage. All Rights Reserved. Coldwell Banker Residential Brokerage fully supports the principles of the Fair Housing Act and the Equal Opportunity Act. Owned by a subsidiary of NRT LLC. Coldwell Banker and the Coldwell Banker logo are registered service marks owned by Coldwell Banker Real Estate LLC.



# Property Summary



★ **9170 Anthony Hwy, Waynesboro, PA 17268**

| Beds | Bath | SQFT | Lot Size |
|------|------|-------|----------|
| 2 | 1 | 1,500 | 1 SqFt |

## Listing Detail

**Property Type:** Single-Family      **Tax Amount:** $1,397      **Community:** Quincy

**Year Built:** 1966      **Tax Year:** 2018      **Building Style:** racnher

**County:** Franklin

## Features

**Parking:** off stree, gravel      **Heat/AC:** central air

**Basement:** unfinished      **Bathroom Details:** Full Bath 1

All information provided is deemed reliable but is not guaranteed and should be independently verified.

Heather Bonillas | Heather.Bonillas@cbhomes.com




| | Active Properties | Pending Properties | Sold Properties |

All information provided is deemed reliable but is not guaranteed and should be independently verified.

Heather Bonillas | Heather.Bonillas@cbhomes.com



| | | Address | Price | Beds | Baths | Days | SQFT | $/SQFT |
|---|---|---|---|---|---|---|---|---|
| ★ | | 9170 Anthony Hwy<br>Waynesboro, PA 17268 | | 2 | 1 | – | 1,500 | |
| 1. | | 114 Barnett Avenue<br>Waynesboro, PA 17268 | $229,900 | 3 | 2 | 1,289 | 1,316 | $175 |
| 2. | | 14024 Harbaugh Church R...<br>Waynesboro, PA 17268 | $189,900 | 4 | 2 | 45 | 1,380 | $138 |
| 3. | | 8963 Tomstown Road<br>Waynesboro, PA 17268 | $150,000 | 3 | 1 | 85 | 1,147 | $131 |
| 4. | | 8288 Thames Court<br>Waynesboro, PA 17268 | $135,000 | 3 | 1 | 89 | 960 | $141 |
| 5. | | 8096 West Avenue<br>Waynesboro, PA 17268 | $131,000 | 2 | 1 | 6 | 960 | $136 |
| 6. | | 6798 Slabtown Road<br>Waynesboro, PA 17268 | $115,000 | 2 | 1 | 9 | 810 | $142 |

All information provided is deemed reliable but is not guaranteed and should be independently verified.

Heather Bonillas | Heather.Bonillas@cbhomes.com





# Listing Overview



| Beds 3 | Bath 2 | SQFT 1,316 | Lot Size 11,326 SqFt |
|---|---|---|---|

**ACTIVE**

## $229,900

**List Price:** $229,900

**Days:** 1,289

**$/SQFT:** $175

**Listing Courtesy of:** BRIGHT MLS

## Comparable #1
114 Barnett Avenue, Waynesboro, PA 17268

### Listing Detail

**Property Type:** Residential

**Building Style:** Ranch/Rambler

**Year Build:** 1962

**County:** Franklin County

**Tax Amount:** $2,695

**Tax Year:** 2015

**MLS #:** 1000143809

**MLS Area:** WASHINGTON TWP (14523)

**Subdivision:** WAYNE HEIGHTS

**School District:** Waynesboro Area

**Middle School:** Waynesboro Area

**High School:** Waynesboro Area Senior

### Features

**Basement:** Full, Connecting Stairway, Unfinished

**Garage:** 1

**Parking:** Asphalt Driveway, Paved Driveway

**Heat:** Hot Water, Central A/C

**Fuel:** Oil

**Exterior:** Brick

**Bathroom Details:** Full Bath 2

**Senior Community:** No

### Remarks

Beautiful 3 bedroom Brick rancher style home in Wayne Heights. Very well maintained with hardwood flooring, spacious living room, and gorgeous outdoor patio. 2 Baths with laundry room on first floor. Separate dining room, Updated custom equipped kitchen. Home features a fireplace in the living room and a sun porch and paver patio for year round enjoyment. Storage shed, nice level lot.

All information provided is deemed reliable but is not guaranteed and should be independently verified.

Heather Bonillas | Heather.Bonillas@cbhomes.com


## Comparable #1

114 Barnett Avenue, Waynesboro, PA 17268

Photos 1 - 9













All information provided is deemed reliable but is not guaranteed and should be independently verified.

Heather Bonillas | Heather.Bonillas@cbhomes.com







| Beds | Bath | SQFT | Lot Size |
|------|------|------|----------|
| 4 | 2 | 1,380 | 31,363 SqFt |

## PENDING

## $189,900

**List Price:** $189,900

**Days:** 45

**Sold Date:** 11/08/2019

**$/SQFT:** $138

**Listing Courtesy of:** BRIGHT MLS

## Comparable #2

14024 Harbaugh Church Road, Waynesboro, PA 17268

### Listing Detail

**Property Type:** Residential

**Building Style:** Ranch/Rambler

**Lot Dimensions:** 125X250

**Year Build:** 1956

**County:** Franklin County

**Tax Amount:** $2,804

**Tax Year:** 2018

**MLS #:** PAFL167170

**MLS Area:** WASHINGTON TWP (14523)

**Subdivision:** MAR PENN ESTATES

**School District:** Waynesboro Area

**Middle School:** Waynesboro Area

**High School:** Waynesboro Area Senior

### Features

**Basement:** Full, Outside Entrance

**Garage:** 1

**Parking:** Asphalt Driveway, Gravel Driveway

**Fireplace:** Mantel(s)

**Heat:** Hot Water, Window Unit(s)

**Fuel:** Oil

**Roof:** Asphalt

**Exterior:** Brick, Aluminum Siding

**Bathroom Details:** Full Bath 2

**Senior Community:** No

### Remarks

EASY, Country! Well maintained Brick rancher in a beautiful rural setting! Spacious .72 acre corner lot. Close enough to enjoy shopping, activities, amenities and schools, but also enjoy Country space, nature and being HOME! Home features 3 bedroom/1 full bath on main level. Breezeway for enjoying summer nights. 1 Car garage with opener. Living room with fireplace, full equipped kitchen and dining area. Lower level family room, bedroom, bath and laundry. Rear patio to enjoy those never ending mountain views, and a quaint garden area.

All information provided is deemed reliable but is not guaranteed and should be independently verified.

Heather Bonillas | Heather.Bonillas@cbhomes.com



## Comparable #2

14024 Harbaugh Church Road, Waynesboro, PA 17268

 

All information provided is deemed reliable but is not guaranteed and should be independently verified.

Heather Bonillas | Heather.Bonillas@cbhomes.com





| Beds | Bath | SQFT | Lot Size |
|------|------|------|----------|
| 3 | 1 | 1,147 | 175,547 SqFt |

## SOLD

## $150,000

**List Price:** $149,900

**Days:** 85

**Sold Date:** 01/31/2019

**Original Sold Price:** $150,000

**% of List Price:** 100%

**$/SQFT:** $131

**Listing Courtesy of:** BRIGHT MLS

## Comparable #3

8963 Tomstown Road, Waynesboro, PA 17268

### Listing Detail

**Property Type:** Residential

**Building Style:** Ranch/Rambler

**Year Build:** 1951

**County:** Franklin County

**Tax Amount:** $999

**Tax Year:** 2017

**MLS #:** 1006156008

**MLS Area:** QUINCY TWP (14519)

**Subdivision:** NONE AVAILABLE

**School District:** Waynesboro Area

### Features

**Basement:** Full, Outside Entrance, Partially Finished, Connecting Stairway, Walkout Level

**Garage:** 1

**Heat:** Hot Water, Window Unit(s)

**Fuel:** Oil

**Exterior:** Brick

**Bathroom Details:** Full Bath 1

**Senior Community:** No

### Remarks

Brick home w/3 BR, 1 Bath, LR, Kitchen, partially finished Basement & 1-Car Garage situated on 4+- Beautiful Acres w/several outbdgs & older stable! Ideal for horses or other livestock! Beautiful views of the Cumberland Valley!

All information provided is deemed reliable but is not guaranteed and should be independently verified.

Heather Bonillas | Heather.Bonillas@cbhomes.com



## Comparable #3
8963 Tomstown Road, Waynesboro, PA 17268

Photos 1 - 9













All information provided is deemed reliable but is not guaranteed and should be independently verified.

Heather Bonillas | Heather.Bonillas@cbhomes.com




| Beds | Bath | SQFT | Lot Size |
|------|------|------|----------|
| 3 | 1 | 960 | 13,939 SqFt |

## SOLD

# $135,000

**List Price:** $145,000

**Days:** 89

**Sold Date:** 03/01/2019

**Original Sold Price:** $135,000

**% of List Price:** 93%

**$/SQFT:** $141

**Listing Courtesy of:** BRIGHT MLS

## Comparable #4

8288 Thames Court, Waynesboro, PA 17268

### Listing Detail

**Property Type:** Residential

**Building Style:** Raised Ranch/ Rambler

**Year Build:** 1983

**County:** Franklin County

**Tax Amount:** $2,044

**Tax Year:** 2018

**MLS #:** 1009979668

**MLS Area:** WASHINGTON TWP (14523)

**Subdivision:** SHEFFIELD MANOR

**School District:** Waynesboro Area

### Features

**Basement:** Fully Finished, Walkout Level

**Heat:** Baseboard - Electric, Central A/C

**Fuel:** Electric

**Exterior:** Vinyl Siding

**Bathroom Details:** Full Bath 1

**Senior Community:** No

### Remarks

Beautiful home on cul de sac in Sheffield Manor. Three bedrooms and one bath on the main floor. Recently remodeled kitchen is a must see. Home has Boro water and township sewer. Finished walk out basement family room and office.

All information provided is deemed reliable but is not guaranteed and should be independently verified.

Heather Bonillas | Heather.Bonillas@cbhomes.com



## Comparable #4

8288 Thames Court, Waynesboro, PA 17268









All information provided is deemed reliable but is not guaranteed and should be independently verified.

Heather Bonillas | Heather.Bonillas@cbhomes.com




| Beds 2 | Bath 1 | SQFT 960 | Lot Size 10,019 SqFt |
|---|---|---|---|

## SOLD

## $131,000

**List Price:** $135,000

**Days:** 6

**Sold Date:** 05/14/2019

**Original Sold Price:** $131,000

**% of List Price:** 97%

**$/SQFT:** $136

**Listing Courtesy of:** BRIGHT MLS

## Comparable #5
8096 West Avenue, Waynesboro, PA 17268

### Listing Detail

**Property Type:** Residential

**Building Style:** Ranch/Rambler

**Year Build:** 1987

**County:** Franklin County

**Tax Amount:** $2,055

**Tax Year:** 2018

**MLS #:** PAFL164444

**MLS Area:** WASHINGTON TWP (14523)

**Subdivision:** NONE AVAILABLE

**School District:** Waynesboro Area

### Features

**Basement:** Full

**Parking:** Paved Driveway

**Heat:** Baseboard - Electric, Central A/C

**Fuel:** Electric

**Exterior:** Vinyl Siding, Brick

**Bathroom Details:** Full Bath 1

**Senior Community:** No

### Remarks

Check out this well maintained 2 Bedroom/ 1 Bath Ranch style home located in Waynesboro. Enjoy one level living with a large bathroom that is easily accessible and a laundry room on the main floor. Full basement could easily be finished to make a large family room or man cave. There is plenty of storage available with a full basement and large storage barn in the backyard.

All information provided is deemed reliable but is not guaranteed and should be independently verified.

Heather Bonillas | Heather.Bonillas@cbhomes.com





| Beds | Bath | SQFT | Lot Size |
|------|------|------|----------|
| 2 | 1 | 810 | 17,860 SqFt |

**SOLD**

## $115,000

**List Price:** $116,900

**Days:** 9

**Sold Date:** 01/18/2019

**Original Sold Price:** $115,000

**% of List Price:** 98%

**$/SQFT:** $142

**Listing Courtesy of:** BRIGHT MLS

## Comparable #6
6798 Slabtown Road, Waynesboro, PA 17268

### Listing Detail

**Property Type:** Residential

**Building Style:** Ranch/Rambler

**Year Build:** 0

**County:** Franklin County

**Tax Amount:** $968

**Tax Year:** 2018

**MLS #:** PAFL119190

**MLS Area:** QUINCY TWP (14519)

**Subdivision:** NONE AVAILABLE

**School District:** Waynesboro Area

### Features

**Basement:** Full

**Parking:** Gravel Driveway

**Heat:** 90% Forced Air, None

**Fuel:** Oil

**Exterior:** Aluminum Siding

**Bathroom Details:** Full Bath 1

**Senior Community:** No

### Remarks

Cute and cozy! Conveniently located just outside of town, this 2 bedroom cape cod has been updated and taken care of. Full-size attic and basement are clean, with plenty of room to finish or use for storage or rec areas. Nice, flat, nearly half-acre yard has landscaping, trees, and backs to fields!

All information provided is deemed reliable but is not guaranteed and should be independently verified.

Heather Bonillas | Heather.Bonillas@cbhomes.com


## Comparable #6

6798 Slabtown Road, Waynesboro, PA 17268

Photos 1 - 9













All information provided is deemed reliable but is not guaranteed and should be independently verified.

Heather Bonillas | Heather.Bonillas@cbhomes.com



# Side by Side Comparisons

| | 9170 Anthony Hwy Waynesboro, PA 17268 | 114 Barnett Avenue Waynesboro, PA 17268 | 14024 Harbaugh Church ... Waynesboro, PA 17268 | 8963 Tomstown Road Waynesboro, PA 17268 | 8288 Thames Court Waynesboro, PA 17268 | 8096 West Avenue Waynesboro, PA 17268 |
|---|---|---|---|---|---|---|
| Status | - | Active | Pending | Sold | Sold | Sold |
| Bedrooms | 2 | 3 | 4 | 3 | 3 | 2 |
| Bathrooms | 1 | 2 | 2 | 1 | 1 | 1 |
| Bathroom Details | - Full Bath 1 | - Full Bath 2 | - Full Bath 2 | - Full Bath 1 | - Full Bath 1 | - Full Bath 1 |
| Sqft | 1,500 | 1,316 | 1,380 | 1,147 | 960 | 960 |
| Lot SqFt | 1 | 11,326 | 31,363 | 175,547 | 13,939 | 10,019 |
| Year Built | 1966 | 1962 | 1956 | 1951 | 1983 | 1987 |
| Property Type | Single-Family | Residential | Residential | Residential | Residential | Residential |
| Building Style | racnher | Ranch/Rambler | Ranch/Rambler | Ranch/Rambler | Raised Ranch/ Rambler | Ranch/Rambler |
| Days on Market | - | 1289 | 45 | 85 | 89 | 6 |
| List Price | - | $229,900 | $189,900 | $149,900 | $145,000 | $135,000 |
| % Of List Price | - | - | - | 100% | 93% | 97% |
| Pre-Adjusted Price | - | $229,900 | $189,900 | $150,000 | $135,000 | $131,000 |
| Sold Price | - | - | - | $150,000 | $135,000 | $131,000 |
| Sold Date | - | - | 11/08/2019 | 01/31/2019 | 03/01/2019 | 05/14/2019 |
| $/SqFt | - | $175 | $138 | $131 | $141 | $136 |
| $/Lot SqFt | - | $20 | $6.05 | $0.85 | $9.69 | $13 |
| MLS # | - | 1000143809 | PAFL167170 | 1006156008 | 1009979668 | PAFL164444 |
| County | Franklin | Franklin County | Franklin County | Franklin County | Franklin County | Franklin County |
| Tax Amount | $1,397 | $2,695 | $2,804 | $999 | $2,044 | $2,055 |
| Tax Year | 2018 | 2015 | 2018 | 2017 | 2018 | 2018 |
| Community | Quincy | - | - | - | - | - |
| Subdivision | - | WAYNE HEIGHTS | MAR PENN ESTATES | NONE AVAILABLE | SHEFFIELD MANOR | NONE AVAILABLE |
| School District | - | Waynesboro Area | Waynesboro Area | Waynesboro Area | Waynesboro Area | Waynesboro Area |
| Middle School | - | Waynesboro Area | Waynesboro Area | - | - | - |
| High School | - | Waynesboro Area Senior | Waynesboro Area Senior | - | - | - |
| Basement | unfinished | Full, Connecting Stairway, Unfinished | Full, Outside Entrance | Full, Outside Entrance, Partially Finished, Connecting Stairway, Walkout Level | Fully Finished, Walkout Level | Full |

All information provided is deemed reliable but is not guaranteed and should be independently verified.

Heather Bonillas | Heather.Bonillas@cbhomes.com


COLDWELL
BANKER
RESIDENTIAL BROKERAGE

# Side by Side Comparisons

| | 9170 Anthony Hwy Waynesboro, PA 17268 | 114 Barnett Avenue Waynesboro, PA 17268 | 14024 Harbaugh Church ... Waynesboro, PA 17268 | 8963 Tomstown Road Waynesboro, PA 17268 | 8288 Thames Court Waynesboro, PA 17268 | 8096 West Avenue Waynesboro, PA 17268 |
|---|---|---|---|---|---|---|
| Garage | - | 1 | 1 | 1 | - | - |
| Fireplace | - | - | Mantel(s) | - | - | - |
| Fuel | - | Oil | Oil | Oil | Electric | Electric |
| Heat/AC | central air | Hot Water, Central A/C | Hot Water, Window Unit(s) | Hot Water, Window Unit(s) | Baseboard - Electric, Central A/C | Baseboard - Electric, Central A/C |
| Exterior | - | Brick | Brick, Aluminum Siding | Brick | Vinyl Siding | Vinyl Siding, Brick |
| Roof | - | - | Asphalt | - | - | - |

All information provided is deemed reliable but is not guaranteed and should be independently verified.

Heather Bonillas | Heather.Bonillas@cbhomes.com


| | 9170 Anthony Hwy Waynesboro, PA 17268 | 6798 Slabtown Road Waynesboro, PA 17268 |
|---|---|---|
| Status | - | Sold |
| Bedrooms | 2 | 2 |
| Bathrooms | 1 | 1 |
| Bathroom Details | - Full Bath 1 | - Full Bath 1 |
| Sqft | 1,500 | 810 |
| Lot SqFt | 1 | 17,860 |
| Year Built | 1966 | 0 |
| Property Type | Single-Family | Residential |
| Building Style | racnher | Ranch/Rambler |
| Days on Market | - | 9 |
| List Price | - | $116,900 |
| % Of List Price | - | 98% |
| Pre-Adjusted Price | - | $115,000 |
| Sold Price | - | $115,000 |
| Sold Date | - | 01/18/2019 |
| $/SqFt | - | $142 |
| $/Lot SqFt | - | $6.44 |
| MLS # | - | PAFL119190 |
| County | Franklin | Franklin County |
| Tax Amount | $1,397 | $968 |
| Tax Year | 2018 | 2018 |
| Community | Quincy | - |
| Subdivision | - | NONE AVAILABLE |
| School District | - | Waynesboro Area |
| Middle School | - | - |
| High School | - | - |
| Basement | unfinished | Full |
| Garage | - | - |
| Fireplace | - | - |
| Fuel | - | Oil |
| Heat/AC | central air | 90% Forced Air, None |

All information provided is deemed reliable but is not guaranteed and should be independently verified.

Heather Bonillas | Heather.Bonillas@cbhomes.com





| | 9170 Anthony Hwy Waynesboro, PA 17268 | 6798 Slabtown Road Waynesboro, PA 17268 |
|---|---|---|
| Exterior | - | Aluminum Siding |
| Roof | - | - |

All information provided is deemed reliable but is not guaranteed and should be independently verified.

Heather Bonillas | Heather.Bonillas@cbhomes.com



# Status Comparisons

| | | Bed | Bath | SqFt | Lot SqFt | List Price | $/ SqFt | $/Lot SqFt | Sold Date | Sale Price | Adj Price | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ★ | Subject Property | 2 | 1 | 1,500 | 1 | - | - | - | - | - | - | |

| | **Active Properties** | Bed | Bath | SqFt | Lot SqFt | List Price | $/ SqFt | $/Lot SqFt | Sold Date | Sale Price | Adj Price | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | 114 Barnett Avenue Waynesboro, PA 17268 | 3 | 2 | 1,316 | 11,326 | $229,900 | $175 | $20 | - | - | - | 1, |

| | **Pending Properties** | Bed | Bath | SqFt | Lot SqFt | List Price | $/ SqFt | $/Lot SqFt | Sold Date | Sale Price | Adj Price | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2. | 14024 Harbaugh Churc... Waynesboro, PA 17268 | 4 | 2 | 1,380 | 31,363 | $189,900 | $138 | $6.05 | 11/08/2019 | - | - | 45 |

| | **Sold Properties** | Bed | Bath | SqFt | Lot SqFt | List Price | $/ SqFt | $/Lot SqFt | Sold Date | Sale Price | Adj Price | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3. | 8963 Tomstown Road Waynesboro, PA 17268 | 3 | 1 | 1,147 | 175,5... | $149,900 | $131 | $0.85 | 01/31/2019 | $150,000 | - | 85 |
| 4. | 8288 Thames Court Waynesboro, PA 17268 | 3 | 1 | 960 | 13,939 | $145,000 | $141 | $9.69 | 03/01/2019 | $135,000 | - | 89 |
| 5. | 8096 West Avenue Waynesboro, PA 17268 | 2 | 1 | 960 | 10,019 | $135,000 | $136 | $13 | 05/14/2019 | $131,000 | - | 6 |
| 6. | 6798 Slabtown Road Waynesboro, PA 17268 | 2 | 1 | 810 | 17,860 | $116,900 | $142 | $6.44 | 01/18/2019 | $115,000 | - | 9 |

Provided by Your Brokerage. All information provided is deemed reliable but is not guaranteed and should be independently verified.

Heather Bonillas | Heather.Bonillas@cbhomes.com

Case 1:19-bk-04362-HWV    Doc 14    Filed 11/11/19    Entered 11/11/19 08:41:19    Desc
Main Document        Page 20 of 22





**Approximate Market Value**

## $132,750 - $165,000

★ 9170 Anthony Hwy, Waynesboro, PA 17268

## Details

The comparable homes listed vary widely in what they are listed for sale to start, and what they actually sell at. Your location and yard are great selling features of your house. The bathroom is not as much of a concern as is the leaking and appearance of mold in the basement. The house would have to be staged with minimal items to bring in buyers for showings. Take your time to review, and contact me with any questions. It was nice meeting with you. Have a great weekend.

## Price Based on Average Sales

Average Price of Sold Comparable Properties                                     $132,750

## Price Based on Square Footage

Average $/SqFt of Sold Comparable Properties                                    $137.46
Square Footage of Subject Property                                              1,500
Price based on square footage of Subject Property                               $206,188

Notwithstanding any language to the contrary contained herein, this Competitive Market Analysis is NOT an appraisal of the market value for property and is not intended to be used for any legal purpose including approval of a mortgage loan, modification of a mortgage loan, divorce/property separation, estate settlement, bankruptcy proceedings or any other purpose where real estate value is needed. If an appraisal is desired, the services of a licensed or certified appraiser must be obtained.

Heather Bonillas | Heather.Bonillas@cbhomes.com




📞 (717) 491-4116
MOBILE PHONE

📞 (717) 264-7999
OFFICE PHONE

✉️ Heather.Bonillas@cbhomes.com
EMAIL

🌐 http://www.heatherbonillas.cbintouch.com
WEBSITE

🏢 464 Gateway Ave
Chambersburg, PA 17201-2817
ADDRESS

**Heather Bonillas**

Sales Associate
MD#5000796,PA#RS332
671

All information provided is deemed reliable but is not guaranteed and should be independently verified.

Heather Bonillas | Heather.Bonillas@cbhomes.com