Certificate Number: 16339-PAM-DE-033759956

Bankruptcy Case Number: 19-04362



16339-PAM-DE-033759956

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 27, 2019</u>, at <u>6:45</u> o'clock <u>PM EST</u>, <u>Julie Smith</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:   <u>November 27, 2019</u>          By:   <u>/s/Kelley Tipton</u>

                                        Name: <u>Kelley Tipton</u>

                                        Title: <u>Certified Financial Counselor</u>