```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                        Case No. 19-04362-HWV
Julie Kay Smith                                               Chapter 13
         Debtor            CERTIFICATE OF NOTICE

District/off: 0314-1       User: DeborahGe         Page 1 of 2         Date Rcvd: Dec 09, 2019
                           Form ID: ntcnfhrg       Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 11, 2019.
db         +Julie Kay Smith,    9170 Anthony Highway,    Waynesboro, PA 17268-9709
5258902     American Homepatient,    PO Box 531673,    Atlanta GA 30353-1673
5256565    +Bureau of Account Management,    3607 Rosemont Avenue,    Camp Hill, PA 17011-6904
5256566    +Bureau of Account Managment,    3607 Rosemont Ave Ste 502,    Po Box 8875,
             Camp Hill, PA 17001-8875
5258898    +Central PA Eye Institute,    825 Fishburn Road,    Hershey PA 17033-2015
5256567    +Chambersburg Hospital,    112 N 7th Street,    Chambersburg, PA 17201-1700
5258901    +Chambersburg Hospital,    760 E Washington Street,    Chambersburg PA 17201-2751
5256569    +Commercial Acceptance Company,    2300 Gettysburg Road,    Suite 102,   Camp Hill, PA 17011-7303
5258905     Greencastle Family Practice,    50 Eastern Avenue Ste 135,    Greencastle Pa 17225-1195
5258904    +Harry J Lawall & Sons Inc,    8031 Frankford Avenue,    Philadelphia Pa 19136-2736
5256572    +KML Law Group PC,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
5258903    +Lawall at Hershey Inc,    30 Hope Drive Ste 2100,    Hershey PA 17033-2036
5258908    +Lincare,    POB 690397,    Orlando FL 32869-0397
5266241    +Linus Eugene Fenicle,    2331 Market Street,    Camp Hill, PA 17011-4642
5258907     My Eye Dr,    PO Box 31069,    Phoenix AZ 85046-1069
5256574    +Penn State Hershey Medical Center,    PO Box 853,    Hershey, PA 17033-0853
5256575    +Penn State MS Hershey Medical Cente,    PO Box 854,    Hershey, PA 17033-0854
5256576     Pennymac Loan Services,    Attn: Bankruptcy,    Po Box 514357,    Los Angeles, CA 90051
5256577    +Quincy Sewer Authority,    7575 Mentzer Gap Road,    Waynesboro, PA 17268-8946
5266242    +Quincy Township,    7575 Mentzer Gap Road,    Waynesboro, PA 17268-8946
5256578    +Rosenberrys Appliance Service,    2947 Country Road,    Chambersburg, PA 17202-8830
5256579    +South Mountain Fire Dept,    PO Box 92,    South Mountain, PA 17261-0092
5258897     South Mountain Volunteer Fire Co,    PO Box 90,    Danville PA 17821-0090
5258909     Summit Health,    PO Box 9197,    Coral Springs FL 33075-9197
5258900    +Summit Physician Services,    785 5th Avenue Ste 3,    Chambersburg PA 17201-4232
5258906     UPMC Pinnacle,    PO Box 2353,    Harrisburg PA 17105-2353
5258899    +Waynesboro Hospital,    501 E Main Street,    Waynesboro PA 17268-2394

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 09 2019 19:55:15
             PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5256568    +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 09 2019 19:51:20      Commenity Bank,
             PO Box 659728,    San Antonio, TX 78265-9728
5256570    +E-mail/Text: bdsupport@creditmanagementcompany.com Dec 09 2019 19:51:58
             Credit Management Company,    Attn: Bankruptcy,    2121 Noblestown Road,
             Pittsburgh, PA 15205-3956
5256571     E-mail/Text: bankruptcy@firstenergycorp.com Dec 09 2019 19:51:42      First Energy,
             2800 Pottsville Pike,    Post Office Box 16001,    Reading, PA 19612-6001
5256563     E-mail/Text: cio.bncmail@irs.gov Dec 09 2019 19:51:11      Internal Revenue Service,   POB 7346,
             Philadelphia, PA 19101-7346
5256573    +E-mail/Text: bankruptcydpt@mcmcg.com Dec 09 2019 19:51:39      Midland Funding,
             2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
5277178    +E-mail/Text: bankruptcydpt@mcmcg.com Dec 09 2019 19:51:39      Midland Funding LLC,
             PO Box 2011,    Warren, MI 48090-2011
5256564     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 09 2019 19:51:32      PA Department of Revenue,
             Attn: Bankruptcy Division,    Dept 280946,    Harrisburg, PA 17128-0946
5257059    +E-mail/PDF: gecsedi@recoverycorp.com Dec 09 2019 19:54:25      Synchrony Bank,
             c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5256580     E-mail/Text: bankruptcy@firstenergycorp.com Dec 09 2019 19:51:42      West Penn Power,
             Post Office Box 3687,    Akron, OH 44309-3687
5271662    +E-mail/Text: bankruptcy@firstenergycorp.com Dec 09 2019 19:51:42      West Penn Power,
             5001 NASA Blvd,    Fairmont WV 26554-8248
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2019                                Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2019 at the address(es) listed below:

          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          Gary J Imblum    on behalf of Debtor 1 Julie Kay Smith gary.imblum@imblumlaw.com, gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com
          James Warmbrodt    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov

                                                                                 TOTAL: 4

| UNITED STATES BANKRUPTCY COURT | |
|---|---|
| MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: | |
| Julie Kay Smith,<br>aka Julie K Smith, aka Julie Smith, fka Julie K Staley, | Chapter 13 |
| **Debtor 1** | Case No. 1:19–bk–04362–HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**January 15, 2020** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court<br>Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: January 22, 2020<br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DeborahGeorge, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: December 9, 2019 |

ntcnfhrg (03/18)