# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

**Telephone**
717.238.5250
**Facsimile**
717.558.8990

June 17, 2024

<u>**Via ECF Only**</u>

TO: US BANKRUPTCY COURT - CLERK

RE: Julie Kay Smith, aka Julie K. Smith, aka Julie Smith, fka Julie K. Staley
Chapter 13 Bankruptcy Case No. 1:19-bk-04362-HWV

Dear Clerk:

Please issue a certified Order Approving Motion to Sell Real Estate Free and Clear of Liens in the above matter. The Docket Number of the Order is 56.

Very truly yours,

IMBLUM LAW OFFICES, P.C.

/s/ Gary J. Imblum

Gary J. Imblum

GJI/cvs

F:\BANKRUPT\CLIENTS\GETTYSBURG\SMITH Julie\Pleadings and Creditors\Sale of Real Estate\Sale\06-17-24 BK Request (Certified Order).ltr.wpd

Case 1:19-bk-04362-HWV    Doc 57    Filed 06/17/24    Entered 06/17/24 12:46:26    Desc
Main Document    Page 1 of 1