United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-04362-HWV |
| Julie Kay Smith | Chapter 13 |
|     Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Jun 17, 2024 | Form ID: pdf010 | Total Noticed: 5 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| | + | Franklin Co Tax Claim Bureau, 272 N 2nd St, Chambersburg, PA 17201-1642 |
| | + | Michael Farrington Esquire, KLM Law Group PC, 701 Market St Ste 5000 BNY, Independence Ctr, Philadelphia, PA 19106-1541 |
| 5266242 | + | Quincy Township, 7575 Mentzer Gap Road, Waynesboro, PA 17268-8946 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | + | Email/Text: bankruptcy@patriotfcu.org | Jun 17 2024 18:39:00 | Patriot Federal Credit Union, 800 Wayne Avenue, Chambersburg, PA 17201-3810 |
| 5282966 | + | Email/PDF: ebnotices@pnmac.com | Jun 17 2024 18:48:36 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |

TOTAL: 2

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2024          Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gary J Imblum | on behalf of Debtor 1 Julie Kay Smith gary.imblum@imblumlaw.com |

|  |  |
|---|---|
|  | gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>**JULIE KAY SMITH**<br>aka JULIE K. SMITH<br>aka JULIE SMITH fka<br>**JULIE K. STALEY**<br>Debtor<br><br>**JULIE KAY SMITH**<br>aka JULIE K. SMITH<br>aka JULIE SMITH fka<br>**JULIE K. STALEY**<br>Movant<br><br>v.<br><br>**JACK N. ZAHAROPOULOS, ESQUIRE**<br>**PENNYMAC LOAN SERVICES, LLC**<br>**QUINCY TOWNSHIP**<br>**FRANKLIN CO. TAX CLAIM BUREAU**<br>**PATRIOT FEDERAL CREDIT UNION**<br>Respondents | : CASE NO. 1:19-bk-04362-HWV<br>:<br>: CHAPTER 13<br>: |

## ORDER

Upon consideration of Debtor's Motion to Sell Real Estate Free and Clear of Liens, Doc. 51, and it appearing that no Objection or Answer was filed to the Motion by the time set forth in an Order, good reason appearing therefore, and it appearing that the Buyer (and/or its designee) is a good faith purchaser for purposes of Section 363(m) and (n) and for purposes of *In re Abbotts Dairies of Pennsylvania Inc.*, 788 F.2d 143 (3rd Cir. 1986), it is

**ORDERED** that Federal Bankruptcy Rule 6004(h) is not applicable, and the real property may be sold and purchased immediately upon entry of Order of Court approving same and that the sale of real estate at 9170 Anthony Highway, Waynesboro, Franklin County, Pennsylvania, free and clear of liens, to Caleb Thomas Singer for $176,000.00, including a refrigerator and 2 freezers in the basement, is approved and distribution of the proceeds as set forth below shall be permitted:

1. Payment of all closing costs for which Debtor is liable.

2. Payment of attorneys fees in the amount of $3,500.00, to be applied to Debtor's costs and Attorney fees, billed on an hourly basis, and approved by the Bankruptcy Court.

3. Payment of any and all other miscellaneous fees involved with the sale.

4. Payment of any liens and mortgages.

5. As long as same is a valid lien on subject real estate, payment in full to Quincy Township municipal lien, or else the sale will not occur.

6. As long as same is a valid lien on subject real estate, payment in full of Franklin County Tax Claim Bureau real estate taxes, if any, or else the sale will not occur.

7. As long as same is a valid lien on subject real estate, payment in full of the mortgage of Pennymac Loan Services, LLC, or else the sale will not occur.

8. As long as same is a valid lien on subject real estate, payment in full of the mortgage of Patriot Federal Credit Union (if any), or else the sale will not occur.

9. If there are net proceeds remaining after paying all the costs, fees and liens set forth in the preceding paragraphs, then payment to the Debtor up to the total amount of the exemption in subject real estate. The total exemption pursuant to Debtor's Schedules is $22,787.50.

10. If there are net proceeds remaining after paying all the costs, fees and liens set forth in the preceding paragraphs, then payment to Trustee Jack N. Zaharopoulos in an amount up to the amount necessary to fully fund the Plan, less any amount otherwise payable to a secured creditor pursuant to Debtor's Plan, which is, in fact, paid at settlement.

11. If there are net proceeds remaining after paying all of the costs, fees and liens set forth in the preceding paragraphs, then payment of any and all attorney fees owed to Debtor's counsel for representation in the above matter and which have been previously approved by the Court.

12. If there are net proceeds remaining after paying all the costs, fees and liens set forth in the preceding paragraphs, then the remaining balance, if any, shall be distributed to the Debtor's estate.

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: June 17, 2024