IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: JULIE KAY SMITH<br>aka JULIE K. SMITH<br>aka JULIE SMITH<br>fka JULIE K. STALEY<br><br>    Debtor<br><br>JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>    Objectant<br><br>    vs.<br><br>GARY J. IMBLUM, ESQUIRE<br>    Applicant | : CHAPTER 13<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: CASE NO. 1:19-bk-04362-HWV<br>:<br>: OBJECTION TO APPLICATION<br>: FOR ATTORNEY FEES |

<u>ORDER</u>

AND NOW, upon consideration of the Trustee's Objection to Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses, and all other matters of record, it is hereby ORDERED AND DECREED the attorney fees sought in the Final Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses are hereby ADJUSTED AS FOLLOWS: