IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| JULIE KAY SMITH | : | CASE NO. 1:19-bk-04362-HWV |
| aka JULIE K. SMITH | : | |
| aka JULIE SMITH | : | |
| fka JULIE K. STALEY | : | |
| Debtor(s) | : | CHAPTER 13 |

ORDER OF COURT
PERMITTING FINAL APPLICATION OF ATTORNEY FOR CHAPTER
13 DEBTOR FOR COMPENSATION AND REIMBURSEMENT OF
EXPENSES AS CHAPTER 13 ADMINISTRATIVE EXPENSES

Upon consideration of the Application of Attorney for Chapter 13 Debtor for Final Application for Compensation and Reimbursement of Expenses as Chapter 13 Administrative Expenses pursuant to 11 U.S.C. §330 and 11 U.S.C. §503(B)(4) of Imblum Law Offices, P.C., by Gary J. Imblum, Counsel for the Debtors in the above matter,

IT IS HEREBY ORDERED AND DECREED that compensation and expenses as Chapter 13 Administrative Expenses pursuant to 11 U.S.C. §330 and 11 U.S.C. §503(B)(4) will be allowed for the payment in the sum of $5,007.50 for fees and $537.61for costs, less real estate settlement payment of $3,500.00, for a net amount due of $2,045.11 for the time period of May 4, 2021 through September 11, 2024.