**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

Re: Julie Kay Smith

                                  Case No.: 1-19-04362 HWV

                                      Chapter 13

**Debtor(s)**

**NOTICE OF FINAL CURE PAYMENT**

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

**PART 1: MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | PennyMac |
| Court Claim Number: | 04 |
| Last Four of Loan Number: | 7876 |
| Property Address if applicable: | 9170 Anthony Highway |

**PART 2: CURE AMOUNT**

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $6,740.82 |
| b. | Prepetition arrearages paid by the trustee: | $6,740.82 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $1,110.26 |
| f. | Postpetition arrearage paid by the trustee: | $1,110.26 |
| g. | Total b, d, and f: | $7,851.08 |

**PART 3: POSTPETITION MORTGAGE PAYMENT**

| | |
|---|---|
| Mortgage was paid through the Trustee from December 2019 to February 2024 | |
| Current monthly mortgage payment: | $732.94 |
| The next post-petition payment was due on: | Property sold |

**PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs

and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response.  Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: October 31, 2024                                          Respectfully submitted,


                                                    /s/ Jack N. Zaharopoulos
                                                    Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
email:  info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re:   Julie Kay Smith

Case No.: 1-19-04362 HWV

Chapter 13

**Debtor(s)**

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on October 31, 2024, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Gary J. Imblum, Esquire
4615 Derry St
Harrisburg PA 17111

**Served by First Class Mail**
PennyMac Loan Servicing, Inc
6101 Condor Dr
Suite 200
Moorpark CA 93021

Julie Kay Smith
9170 Anthony Highway
Waynesboro PA 17268

I certify under penalty of perjury that the foregoing is true and correct.

Date: October 31, 2024

/s/ Liz Joyce
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone:  (717) 566-6097
email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 19-04362    JULIE KAY SMITH

**PENNYMAC LOAN SERVICES, LLC**
PO BOX 660929

DALLAS, TX   75266-0929

**Sequence:** 07
**Modify:**
**Filed Date:**
**Hold Code:** D

Acct No: 7876

TO BE PAID VIA SALE OF REAL ESTATE PER 2ND AP

| | | | | |
|---|---|---|---|---|
| Amt Sched: | $0.00 | Debt: $60,817.07 | Interest Paid: | $0.00 |
| Amt Due: $732.94 | | Paid: $36,630.05 | Accrued Int: | $0.00 |
| | | | Balance Due: | $24,187.02 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | DisbDescrp | |
| **5010** | **PENNYMAC LOAN SERVICES, LLC** | | | | | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 02/14/2024 | 2033682 | $732.94 | $0.00 | $732.94 | 02/22/2024 |
| | | | | | | | Payment for 2/2024 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 01/12/2024 | 2032753 | $732.94 | $0.00 | $732.94 | 01/19/2024 |
| | | | | | | | Payment for 1/2024 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 12/19/2023 | 2031857 | $732.94 | $0.00 | $732.94 | 12/28/2023 |
| | | | | | | | Payment for 12/2023 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 11/15/2023 | 2030900 | $732.94 | $0.00 | $732.94 | 11/24/2023 |
| | | | | | | | Payment for 11/2023 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 10/18/2023 | 2029952 | $722.54 | $0.00 | $722.54 | 10/26/2023 |
| | | | | | | | Payment for 10/2023 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 09/19/2023 | 2028974 | $722.54 | $0.00 | $722.54 | 09/28/2023 |
| | | | | | | | Payment for 9/2023 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 08/09/2023 | 2027952 | $722.54 | $0.00 | $722.54 | 08/24/2023 |
| | | | | | | | Payment for 8/2023 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 07/11/2023 | 2026968 | $722.54 | $0.00 | $722.54 | 07/24/2023 |
| | | | | | | | Payment for 7/2023 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 06/13/2023 | 2026048 | $722.54 | $0.00 | $722.54 | 06/26/2023 |
| | | | | | | | Payment for 6/2023 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 05/16/2023 | 2025111 | $722.54 | $0.00 | $722.54 | 05/26/2023 |
| | | | | | | | Payment for 5/2023 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 04/18/2023 | 2024100 | $722.54 | $0.00 | $722.54 | 04/28/2023 |
| | | | | | | | Payment for 4/2023 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 03/15/2023 | 2023073 | $722.54 | $0.00 | $722.54 | 03/28/2023 |
| | | | | | | | Payment for 3/2023 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 02/15/2023 | 2022068 | $722.54 | $0.00 | $722.54 | 02/23/2023 |
| | | | | | | | Payment for 2/2023 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 01/18/2023 | 2021067 | $722.54 | $0.00 | $722.54 | 02/01/2023 |
| | | | | | | | Payment for 1/2023 | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | DisbDescrp | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 12/13/2022 | 2020071 | $722.54 | $0.00 | $722.54 | 12/27/2022 |
| | | | | | | | Payment for 12/2022 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 11/16/2022 | 2019117 | $722.54 | $0.00 | $722.54 | 12/19/2022 |
| | | | | | | | Payment for 11/2022 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 10/18/2022 | 2018081 | $727.26 | $0.00 | $727.26 | 11/03/2022 |
| | | | | | | | Payment for 10/2022 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 09/13/2022 | 2017014 | $727.26 | $0.00 | $727.26 | 09/26/2022 |
| | | | | | | | Payment for 9/2022 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 08/17/2022 | 2016005 | $727.26 | $0.00 | $727.26 | 08/26/2022 |
| | | | | | | | Payment for 8/2022 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 07/13/2022 | 2014933 | $727.26 | $0.00 | $727.26 | 07/26/2022 |
| | | | | | | | Payment for 7/2022 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 06/14/2022 | 2013966 | $727.26 | $0.00 | $727.26 | 06/30/2022 |
| | | | | | | | Payment for 6/2022 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 05/17/2022 | 2012935 | $727.26 | $0.00 | $727.26 | 05/25/2022 |
| | | | | | | | Payment for 5/2022 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 04/12/2022 | 2011854 | $727.26 | $0.00 | $727.26 | 04/21/2022 |
| | | | | | | | Payment for 4/2022 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 03/16/2022 | 2010838 | $727.26 | $0.00 | $727.26 | 03/23/2022 |
| | | | | | | | Payment for 3/2022 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 02/16/2022 | 2009850 | $727.26 | $0.00 | $727.26 | 03/02/2022 |
| | | | | | | | Payment for 2/2022 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 01/19/2022 | 2008880 | $727.26 | $0.00 | $727.26 | 01/27/2022 |
| | | | | | | | Payment for 1/2022 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 12/15/2021 | 2007864 | $727.26 | $0.00 | $727.26 | 12/24/2021 |
| | | | | | | | Payment for 12/2021 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 11/16/2021 | 2006840 | $727.26 | $0.00 | $727.26 | 12/01/2021 |
| | | | | | | | Payment for 11/2021 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 10/14/2021 | 2005811 | $708.63 | $0.00 | $708.63 | 10/25/2021 |
| | | | | | | | Payment for 10/2021 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 09/14/2021 | 2004765 | $708.63 | $0.00 | $708.63 | 09/30/2021 |
| | | | | | | | Payment for 9/2021 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 08/18/2021 | 2003763 | $708.63 | $0.00 | $708.63 | 08/30/2021 |
| | | | | | | | Payment for 8/2021 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 07/14/2021 | 2002692 | $708.63 | $0.00 | $708.63 | 07/29/2021 |
| | | | | | | | Payment for 7/2021 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 06/16/2021 | 2001717 | $708.63 | $0.00 | $708.63 | 06/30/2021 |
| | | | | | | | Payment for 6/2021 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 05/18/2021 | 2000713 | $708.63 | $0.00 | $708.63 | 06/08/2021 |
| | | | | | | | Payment for 5/2021 | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 04/15/2021 | 1229331 | $708.63 | $0.00 | $708.63 | 04/27/2021 |
| | | | | | | DisbDescrp | Payment for 4/2021 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 03/17/2021 | 1228321 | $708.63 | $0.00 | $708.63 | 04/01/2021 |
| | | | | | | | Payment for 3/2021 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 02/17/2021 | 1227306 | $708.63 | $0.00 | $708.63 | 03/03/2021 |
| | | | | | | | Payment for 2/2021 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 01/19/2021 | 1226288 | $708.63 | $0.00 | $708.63 | 02/04/2021 |
| | | | | | | | Payment for 1/2021 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 12/10/2020 | 1224504 | $708.63 | $0.00 | $708.63 | 12/24/2020 |
| | | | | | | | Payment for 12/2020 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 11/03/2020 | 1223539 | $708.63 | $0.00 | $708.63 | 11/20/2020 |
| | | | | | | | Payment for 11/2020 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 10/15/2020 | 1222731 | $708.83 | $0.00 | $708.83 | 10/26/2020 |
| | | | | | | | Payment for 10/2020 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 09/17/2020 | 1221735 | $708.83 | $0.00 | $708.83 | 09/30/2020 |
| | | | | | | | Payment for 9/2020 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 08/12/2020 | 1220675 | $708.83 | $0.00 | $708.83 | 08/31/2020 |
| | | | | | | | Payment for 8/2020 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 07/07/2020 | 1219629 | $708.83 | $0.00 | $708.83 | 07/28/2020 |
| | | | | | | | Payment for 7/2020 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 06/02/2020 | 1218602 | $708.83 | $0.00 | $708.83 | 06/12/2020 |
| | | | | | | | Payment for 6/2020 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 05/06/2020 | 1217628 | $708.83 | $0.00 | $708.83 | 05/19/2020 |
| | | | | | | | Payment for 5/2020 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 04/14/2020 | 1216610 | $708.83 | $0.00 | $708.83 | 04/29/2020 |
| | | | | | | | Payment for 4/2020 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 03/12/2020 | 1215332 | $708.83 | $0.00 | $708.83 | 04/01/2020 |
| | | | | | | | Payment for 2/2020 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 03/12/2020 | 1215332 | $708.83 | $0.00 | $708.83 | 04/01/2020 |
| | | | | | | | Payment for 3/2020 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 02/13/2020 | 1214019 | $708.83 | $0.00 | $708.83 | 03/02/2020 |
| | | | | | | | Payment for 1/2020 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 01/16/2020 | 1212665 | $708.83 | $0.00 | $708.83 | 02/06/2020 |
| | | | | | | | Payment for 12/2019 | |
| | | | | Sub-totals: | $36,630.05 | $0.00 | $36,630.05 | |
| | | | | Grand Total: | $36,630.05 | $0.00 | | |

# Disbursements for Claim

**Case:** 19-04362  JULIE KAY SMITH

**PENNYMAC LOAN SERVICES, LLC**

P.O. BOX 660929
DALLAS, TX  75266-0929

Sequence: 24
Modify:
Filed Date:
Hold Code: D

Acct No: 9170 Anthony Hwy - POST-AR

ARREARS - 9170 ANTHONY HIGHWAY - TO BE PAID THOUGH SALE OF REAL ESTATE PER 2ND AP.

| | | |
|---|---|---|
| Amt Sched: $110,000.00 | Debt: $1,412.00 | Interest Paid: $0.00 |
| Amt Due: $0.00 | Paid: $1,110.26 | Accrued Int: $0.00 |
| | | Balance Due: $301.74 |

| Claim | name | Type | Date | Check # | Principal | Interest / DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5210** | **PENNYMAC LOAN SERVICES, LLC** | | | | | | | |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 02/14/2024 | 2033684 | $36.24 | $0.00 | $36.24 | 02/26/2024 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 01/12/2024 | 2032755 | $36.23 | $0.00 | $36.23 | 01/24/2024 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 12/19/2023 | 2031859 | $36.24 | $0.00 | $36.24 | 01/03/2024 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 11/15/2023 | 2030902 | $32.87 | $0.00 | $32.87 | 11/27/2023 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 10/18/2023 | 2029954 | $40.72 | $0.00 | $40.72 | 10/27/2023 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 09/19/2023 | 2028976 | $40.71 | $0.00 | $40.71 | 09/28/2023 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 08/09/2023 | 2027954 | $40.71 | $0.00 | $40.71 | 08/24/2023 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 07/11/2023 | 2026969 | $40.71 | $0.00 | $40.71 | 07/25/2023 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 06/13/2023 | 2026050 | $35.55 | $0.00 | $35.55 | 06/26/2023 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 05/16/2023 | 2025113 | $35.54 | $0.00 | $35.54 | 05/30/2023 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 04/18/2023 | 2024102 | $35.55 | $0.00 | $35.55 | 04/28/2023 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 03/15/2023 | 2023075 | $35.55 | $0.00 | $35.55 | 03/29/2023 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 02/15/2023 | 2022070 | $35.55 | $0.00 | $35.55 | 02/24/2023 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 01/18/2023 | 2021069 | $35.54 | $0.00 | $35.54 | 02/01/2023 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 12/13/2022 | 2020074 | $35.55 | $0.00 | $35.55 | 12/23/2022 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 11/16/2022 | 2019120 | $35.55 | $0.00 | $35.55 | 12/19/2022 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 10/18/2022 | 2018084 | $41.88 | $0.00 | $41.88 | 11/04/2022 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 09/13/2022 | 2017015 | $41.89 | $0.00 | $41.89 | 09/26/2022 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 08/17/2022 | 2016008 | $41.88 | $0.00 | $41.88 | 08/29/2022 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 07/13/2022 | 2014936 | $32.64 | $0.00 | $32.64 | 07/26/2022 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 06/14/2022 | 2013969 | $32.65 | $0.00 | $32.65 | 06/30/2022 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 05/17/2022 | 2012938 | $32.64 | $0.00 | $32.64 | 06/01/2022 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 04/12/2022 | 2011857 | $32.64 | $0.00 | $32.64 | 05/04/2022 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 03/16/2022 | 2010840 | $32.65 | $0.00 | $32.65 | 03/23/2022 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 02/16/2022 | 2009852 | $32.64 | $0.00 | $32.64 | 03/02/2022 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 01/19/2022 | 2008882 | $32.64 | $0.00 | $32.64 | 01/27/2022 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 12/15/2021 | 2007866 | $32.64 | $0.00 | $32.64 | 12/24/2021 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 11/16/2021 | 2006843 | $23.28 | $0.00 | $23.28 | 12/02/2021 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 05/18/2021 | 2000715 | $34.57 | $0.00 | $34.57 | 06/15/2021 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 04/15/2021 | 1229334 | $34.57 | $0.00 | $34.57 | 04/26/2021 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 03/17/2021 | 1228323 | $42.24 | $0.00 | $42.24 | 04/09/2021 |

Sub-totals: $1,110.26  $0.00  $1,110.26

Grand Total: $1,110.26  $0.00

# Disbursements for Claim

**Case:** 19-04362   JULIE KAY SMITH

**PENNYMAC LOAN SERVICES, LLC**

Sequence: 24
Modify:
Filed Date:
Hold Code: D

P.O. BOX 660929
DALLAS, TX  75266-0929

**Acct No:** 9170 Anthony Hwy - PRE-ARR

ARREARS - 9170 ANTHONY HIGHWAY - TO BE PAID VIA SALE OF REAL ESTATE PER 2ND AP.

| | | | |
|---|---|---|---|
| Amt Sched: $110,000.00 | Debt: $8,572.81 | Interest Paid: $0.00 | Accrued Int: $0.00 |
| Amt Due: $0.00 | Paid: $6,740.82 | Balance Due: $1,831.99 | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5200** | **PENNYMAC LOAN SERVICES, LLC** | | | | | | | |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 02/14/2024 | 2033684 | $219.99 | $0.00 | $219.99 | 02/26/2024 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 01/12/2024 | 2032755 | $220.00 | $0.00 | $220.00 | 01/24/2024 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 12/19/2023 | 2031859 | $219.99 | $0.00 | $219.99 | 01/03/2024 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 11/15/2023 | 2030902 | $199.64 | $0.00 | $199.64 | 11/27/2023 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 10/18/2023 | 2029954 | $247.17 | $0.00 | $247.17 | 10/27/2023 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 09/19/2023 | 2028976 | $247.17 | $0.00 | $247.17 | 09/28/2023 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 08/09/2023 | 2027954 | $247.17 | $0.00 | $247.17 | 08/24/2023 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 07/11/2023 | 2026969 | $247.18 | $0.00 | $247.18 | 07/25/2023 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 06/13/2023 | 2026050 | $215.82 | $0.00 | $215.82 | 06/26/2023 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 05/16/2023 | 2025113 | $215.82 | $0.00 | $215.82 | 05/30/2023 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 04/18/2023 | 2024102 | $215.82 | $0.00 | $215.82 | 04/28/2023 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 03/15/2023 | 2023075 | $215.81 | $0.00 | $215.81 | 03/29/2023 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 02/15/2023 | 2022070 | $215.83 | $0.00 | $215.83 | 02/24/2023 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 01/18/2023 | 2021069 | $215.82 | $0.00 | $215.82 | 02/01/2023 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 12/13/2022 | 2020073 | $215.82 | $0.00 | $215.82 | 12/27/2022 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 11/16/2022 | 2019120 | $215.82 | $0.00 | $215.82 | 12/19/2022 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 10/18/2022 | 2018084 | $254.30 | $0.00 | $254.30 | 11/04/2022 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 09/13/2022 | 2017015 | $254.29 | $0.00 | $254.29 | 09/26/2022 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 08/17/2022 | 2016008 | $254.29 | $0.00 | $254.29 | 08/29/2022 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 07/13/2022 | 2014936 | $198.19 | $0.00 | $198.19 | 07/26/2022 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 06/14/2022 | 2013969 | $198.19 | $0.00 | $198.19 | 06/30/2022 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 05/17/2022 | 2012938 | $198.19 | $0.00 | $198.19 | 06/01/2022 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 04/12/2022 | 2011857 | $198.19 | $0.00 | $198.19 | 05/04/2022 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 03/16/2022 | 2010840 | $198.19 | $0.00 | $198.19 | 03/23/2022 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 02/16/2022 | 2009852 | $198.20 | $0.00 | $198.20 | 03/02/2022 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 01/19/2022 | 2008882 | $198.18 | $0.00 | $198.18 | 01/27/2022 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 12/15/2021 | 2007866 | $198.20 | $0.00 | $198.20 | 12/24/2021 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 11/16/2021 | 2006842 | $141.23 | $0.00 | $141.23 | 12/01/2021 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 05/18/2021 | 2000715 | $209.94 | $0.00 | $209.94 | 06/15/2021 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 04/15/2021 | 1229334 | $209.94 | $0.00 | $209.94 | 04/26/2021 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 03/17/2021 | 1228323 | $209.94 | $0.00 | $209.94 | 04/09/2021 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 02/17/2021 | 1227308 | $46.49 | $0.00 | $46.49 | 03/03/2021 |

Sub-totals: $6,740.82  $0.00  $6,740.82

Grand Total: $6,740.82  $0.00