| | |
|---|---|
| From: | USBankruptcyCourts@noticingcenter.com |
| To: | Gary Imblum |
| Subject: | U.S. Bankruptcy Court, Middle District of Pennsylvania - Undeliverable Notice, In re: Julie Kay Smith, Case Number: 19-04362, HWV, Ref: [p-223580454] |
| Date: | Tuesday, December 3, 2024 12:26:24 PM |
| Attachments: | B_P119043623180W0317.PDF |

Notice of Undeliverable Mail to Debtor/Debtor's Attorney

December 4, 2024

From: United States Bankruptcy Court, Middle District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
    In re: Julie Kay Smith, Case Number 19-04362, HWV

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court**
**Sylvia H. Rambo US Courthouse**
**1501 N. 6th Street**
**Harrisburg, PA 17102**

---

Undeliverable Address:
Central PA Eye Institute
825 Fishburn Road
Hershey PA 17033

Role type/cr id: 5258898
Reason Undeliverable: FORWARDING ORDER HAS EXPIRED
THE UPDATED ADDRESS IS:

  can't find address

---

Undeliverable Address:
Chambersburg Hospital
760 E Washington Street
Chambersburg PA 17201

Role type/cr id: 5258901
Reason Undeliverable: FORWARDING ADDRESS WITH USPS: PO BOX 15119, YORK PA 17405-7119
FORWARDING ORDER HAS EXPIRED
THE UPDATED ADDRESS IS:

PO Box 15119

York PA 17405-7119

Undeliverable Address:
Harry J Lawall & Sons Inc
8031 Frankford Avenue
Philadelphia Pa 19136

Role type/cr id: 5258904
Reason Undeliverable: FORWARDING ORDER HAS EXPIRED
THE UPDATED ADDRESS IS:

can't find address

*Gary J. Imblum*        12/04/2024
_____    _____
Signature of Debtor or Debtor's Attorney       Date

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**

Case 1:19-bk-04362-HWV    Doc 71    Filed 12/04/24    Entered 12/04/24 12:32:07    Desc
Main Document    Page 2 of 2
Document ID: 2c12f6c9-49a8-4f92-af15-1338e5ef325c