United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Julie Kay Smith  
    Debtor

Case No. 19-04362-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Dec 02, 2024      Form ID: 3180W      Total Noticed: 36

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Julie Kay Smith, 9170 Anthony Highway, Waynesboro, PA 17268-9709 |
| 5258902 | | American Homepatient, PO Box 531673, Atlanta GA 30353-1673 |
| 5256567 | + | Chambersburg Hospital, 112 N 7th Street, Chambersburg, PA 17201-1700 |
| 5258905 | | Greencastle Family Practice, 50 Eastern Avenue Ste 135, Greencastle Pa 17225-1195 |
| 5258903 | + | Lawall at Hershey Inc, 30 Hope Drive Ste 2100, Hershey PA 17033-2036 |
| 5266241 | #+ | Linus Eugene Fenicle, 2331 Market Street, Camp Hill, PA 17011-4642 |
| 5258907 | | My Eye Dr, PO Box 31069, Phoenix AZ 85046-1069 |
| 5256574 | + | Penn State Hershey Medical Center, PO Box 853, Hershey, PA 17033-0853 |
| 5256575 | + | Penn State MS Hershey Medical Cente, PO Box 854, Hershey, PA 17033-0854 |
| 5256577 | + | Quincy Sewer Authority, 7575 Mentzer Gap Road, Waynesboro, PA 17268-8946 |
| 5266242 | + | Quincy Township, 7575 Mentzer Gap Road, Waynesboro, PA 17268-8946 |
| 5256578 | + | Rosenberrys Appliance Service, 2947 Country Road, Chambersburg, PA 17202-8830 |
| 5256579 | + | South Mountain Fire Dept, PO Box 92, South Mountain, PA 17261-0092 |
| 5258897 | | South Mountain Volunteer Fire Co, PO Box 90, Danville PA 17821-0090 |
| 5258909 | | Summit Health, PO Box 9197, Coral Springs FL 33075-9197 |
| 5258900 | + | Summit Physician Services, 785 5th Avenue Ste 3, Chambersburg PA 17201-4232 |
| 5258899 | + | Waynesboro Hospital, 501 E Main Street, Waynesboro PA 17268-2394 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Dec 02 2024 23:34:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5256565 | ^ | MEBN | Dec 02 2024 18:34:42 | Bureau of Account Management, 3607 Rosemont Avenue, Camp Hill, PA 17011-6904 |
| 5256566 | + | Email/Text: Bankruptcy@BAMcollections.com | Dec 02 2024 18:37:00 | Bureau of Account Managment, 3607 Rosemont Ave Ste 502, Po Box 8875, Camp Hill, PA 17001-8875 |
| 5256568 | | EDI: WFNNB.COM | Dec 02 2024 23:34:00 | Commenity Bank, PO Box 659728, San Antonio, TX 78265 |
| 5256569 | + | Email/Text: dylan.succa@commercialacceptance.net | Dec 02 2024 18:37:00 | Commercial Acceptance Company, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 5256570 | + | Email/Text: bdsupport@creditmanagementcompany.com | Dec 02 2024 18:37:00 | Credit Management Company, Attn: Bankruptcy, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 5256571 | | Email/Text: bankruptcy@firstenergycorp.com | | |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 02 2024 18:37:00 | First Energy, 2800 Pottsville Pike, Post Office Box 16001, Reading, PA 19612-6001 |
| 5256563 | | EDI: IRS.COM | Dec 02 2024 23:34:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 5256572 | ^ | MEBN | Dec 02 2024 18:34:14 | KML Law Group PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5258908 | | Email/Text: Legal_Fax@lincare.com | Dec 02 2024 18:37:00 | Lincare, POB 690397, Orlando FL 32869 |
| 5256573 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 02 2024 18:37:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 5277178 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 02 2024 18:37:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5256564 | | EDI: PENNDEPTREV | Dec 02 2024 23:34:00 | PA Department of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5256564 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 02 2024 18:37:00 | PA Department of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5282966 | + | Email/PDF: ebnotices@pnmac.com | Dec 02 2024 18:38:37 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5256576 | | Email/PDF: ebnotices@pnmac.com | Dec 02 2024 18:38:32 | Pennymac Loan Services, Attn: Bankruptcy, Po Box 514357, Los Angeles, CA 90051 |
| 5257059 | ^ | MEBN | Dec 02 2024 18:34:41 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5258906 | ^ | MEBN | Dec 02 2024 18:34:39 | UPMC Pinnacle, PO Box 2353, Harrisburg PA 17105-2353 |
| 5256580 | | Email/Text: bankruptcy@firstenergycorp.com | Dec 02 2024 18:37:00 | West Penn Power, Post Office Box 3687, Akron, OH 44309-3687 |
| 5271662 | + | Email/Text: bankruptcy@firstenergycorp.com | Dec 02 2024 18:37:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5258898 | ##+ | Central PA Eye Institute, 825 Fishburn Road, Hershey PA 17033-2015 |
| 5258901 | ##+ | Chambersburg Hospital, 760 E Washington Street, Chambersburg PA 17201-2751 |
| 5258904 | ##+ | Harry J Lawall & Sons Inc, 8031 Frankford Avenue, Philadelphia Pa 19136-2736 |

TOTAL: 0 Undeliverable, 0 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2024          Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC blemon@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gary J Imblum | on behalf of Debtor 1 Julie Kay Smith gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Julie Kay Smith<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9942<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:19-bk-04362-HWV | |

# Order of Discharge                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Julie Kay Smith
    aka Julie K Smith, aka Julie Smith, fka Julie K
    Staley

12/2/24

**By the court:** _/s/ Henry W. Van Eck_

Henry W. Van Eck, Chief Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

    ♦ debts that are domestic support obligations;

    ♦ debts for most student loans;

    ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**